United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 03-20023

Summary Calendar

---

JOSE A LANDAVERDE,

Plaintiff-Appellant,

versus

THE COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS; ET AL,

Defendants,

THE COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS; BILL
ROACH; TOM PRUDE, doing business as AFTE Financial Services,
doing business as Afte Business Analysts Inc; HAROLD LEE; FIELDS
OTIS,

Defendants-Appellees.

---

Appeals from the United States District Court
For the Southern District of Texas
(H-00-CV-3544)

---

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except

Appellant, Jose Landaverde, raises several issues on appeal of the district court's grant of summary judgment to all defendants.  After a *de novo* review of the motions for summary judgment, we affirm the grant of summary judgment for the reasons given by the court below.  Finding no merit in any of appellant's other arguments, we AFFIRM.

---

under the limited circumstances set forth in 5TH CIR. R. 47.5.4.